1
2
3
4
5          FILED
           CLERK, U.S.D.C. SOUTHERN DIVISION
6
           JUL 2 4 2008
7
           CENTRAL DIST. OF CALIFORNIA
           BY                    DEPUTY
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,        )   Case No.: SACR 02-18   CJC
12                       Plaintiff,   )
                                      )   ORDER OF DETENTION AFTER
13         vs.                        )   HEARING
                                      )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14   Fernandez, Michael David         )   § 3143(a)]
                                      )
15                       Defendant.   )

16
17        The defendant having been arrested in this District pursuant to a warrant issued
18   by the United States District Court for the ___CD  CA_____,
19   for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised
20   release]; and
21        The Court having conducted a detention hearing pursuant to Federal Rule of
22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23        The Court finds that:
24   A.   ☒ The defendant has not met his/her burden of establishing by clear and
25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26        3142(b) or (c). This finding is based on background, community ties
27        unknown due to failure to interview; bail resources
28        unknown; drug abuse history; conduct evidences
          a lack of amenability to supervision

1
2
3         and/or
4  B.    ☒ The defendant has not met his/her burden of establishing by clear and
5         convincing evidence that he/she is not likely to pose a danger to the safety of any
6         other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7         finding is based on ___Conduct in committing new___
8         ___offenses while under supervision; criminal___
9         ___history record___
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __7/24/08__                         _____
17                                            ROBERT N. BLOCK
                                              UNITED STATES MAGISTRATE JUDGE